IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARY VALVANIS, JOHN VALVANIS, and GEORGE VALVANIS,<br><br>    Plaintiffs,<br><br> vs.<br><br>ROBERT B. MILGROOM AND NADA R. MARTL AKA NADA R. MILGROOM,<br><br>    Defendants. | ) CIVIL NO. 06-00144 JMS-KSC<br>)<br>) FINDINGS AND<br>) RECOMMENDATION REGARDING<br>) COMPENSATION OF RECEIVER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FINDINGS AND RECOMMENDATION REGARDING
COMPENSATION OF RECEIVER

On September 29, 2009, Receiver Michael D. Hong filed a Return on Writ of Execution and Receiver's Report, wherein he requested $172,669.45 in fees and expenses. On October 7, 2009, Mr. Hong filed a Supplemental Receiver's Report.

This matter came on for hearing on November 9, 2009. Mr. Hong appeared, and Alexis McGinness, Esq., appeared on behalf of Plaintiffs.

Having reviewed and considered Mr. Hong's Report, and there being no opposition or objection to

his request, the Court FINDS that 1) the extensive scope of litigation and the fact that this action was heavily litigated required Mr. Hong to provide services that would not ordinarily be required of a receiver, such as procuring loans to cover the many expenses incurred in repairing, maintaining, and preparing the subject property for sale; 2) Mr. Hong's requested hourly rate of $325 is reasonable under the circumstances; and 3) there appearing to be a miscalculation in the hourly total of the fee request, based on this Court's review of Mr. Hong's timesheets, Mr. Hong expended 448.25 hours versus the 491 hours requested.

Accordingly, the Court RECOMMENDS that Mr. Hong be compensated for his services in the amount of $158,681.25[1] and expenses in the amount of $94.45, for a total of $158,775.70.  The Court finds that this award is reasonable under the circumstances of this case.

---

[1]  448.25 hours x $325 plus 40 hours x $325 (to close the sale transaction).

IT IS SO FOUND AND RECOMMENDED.

DATED:   Honolulu, Hawaii, November 9, 2009.



_____
Kevin S.C. Chang
United States Magistrate Judge

CV 06-00144 JMS-KSC; <u>VALVANIS, et al. v. MILGROOM, et al.</u>, FINDINGS AND RECOMMENDATION REGARDING COMPENSATION OF RECEIVER