IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARY VALVANIS, JOHN VALVANIS, AND GEORGE VALVANIS,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ROBERT B. MILGROOM AND NADA R. MARTL AKA NADA R. MILGROOM,<br><br>　　　　Defendants.<br>_____ | CIV. NO. 06-00144 JMS/KSC<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

　　　　Findings and Recommendation having been filed and served on all parties on November 10, 2009, and no objections having been filed by any party,

　　　　IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

　　　　IT IS SO ORDERED.

　　　　DATED: Honolulu, Hawaii, November 30, 2009.



　　　　　　　　　　　　　　　　　　　　 /s/ J. Michael Seabright
　　　　　　　　　　　　　　　　　　　J. Michael Seabright
　　　　　　　　　　　　　　　　　　　United States District Judge